| | |
|---|---|
| 1 | Christopher A. Ferguson, Esq.  (IN #27833-49) |
|   |   (admitted *Pro Hac Vice*) |
| 2 | Schuckit & Associates, P.C. |
|   | 4545 Northwestern Drive |
| 3 | Zionsville, IN  46077 |
|   | Telephone:  317-363-2400 |
| 4 | Fax:  317-363-2257 |
|   | E-Mail:  cferguson@schuckitlaw.com |
| 5 | |
|   | *Lead Counsel for Defendant Trans Union, LLC* |
| 6 | |
| 7 | Lauren E. Tate, Esq. (CSB #124483) |
|   | Tate & Associates |
| 8 | 1321 8th Street, Suite 4 |
|   | Berkeley, CA  94710 |
| 9 | Telephone:  510-525-5100 |
|   | Fax:  510-525-5130 |
| 10 | E-Mail:  ltate@tateandassociates-law.com |
| 11 | *Local Counsel for Defendant Trans Union, LLC* |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TIM ANDERSON,                    ) | CASE NO.  5:15-cv-03858-EJD |
|     Plaintiff,    ) | |
|                                  ) | |
| vs.                              ) | **JOINT NOTICE OF** |
|                                  ) | **SETTLEMENT** |
| EXPERIAN INFORMATION SOLUTIONS, INC.;  ) | |
| EQUIFAX, INC.; TRANSUNION, LLC;  ) | |
| ADVANTA BANK CORP.; AMERICAN     ) | |
| EXPRESS COMPANY; ONPOINT         ) | |
| COMMUNITY CREDIT UNION; WELLS    ) | |
| FARGO HOME MORTGAGE, INC.; and DOES 1 ) | |
| through 100, inclusive;          ) | |
|     Defendants.   ) | |

    Plaintiff, Tim Anderson, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby informs this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action.  Plaintiff

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-03858-EJD**

and Trans Union anticipate filing a Stipulation Of Dismissal With Prejudice and Proposed Order shortly, once the settlement is consummated.

Respectfully submitted,

Date: December 16, 2015

*s/ Elliot W. Gale (with consent)*
Elliot W. Gale, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone:  408-279-2288
Fax:  408-279-2299
E-Mail:  egale@sagarialaw.com

*Counsel for Plaintiff Tim Anderson*

Date: December 16, 2015

*s/ Christopher A. Ferguson*
Christopher A. Ferguson, Esq.  (IN #27833-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  cferguson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-03858-EJD**