1  Ramon Ramirez (State Bar No. 280772)
   ramonramirez@jonesday.com
2  Alyssa M. Staudinger (State Bar No. 300845)
   astaudinger@jonesday.com
3  JONES DAY
   3161 Michelson Drive
4  Suite 800
   Irvine, CA  92612.4408
5  Telephone:  +1.949.851.3939
   Facsimile:  +1.949.553.7539
6
   Attorneys for Defendant
7  EXPERIAN INFORMATION SOLUTIONS,
   INC.
8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN JOSE DIVISION

12
   | TIM ANDERSON, | Case No.  5:15-CV-03858-EJD |
13 | Plaintiff, | Assigned to Hon. Edward J. Davila |
14 | v. | |
15 | EXPERIAN INFORMATION SOLUTIONS, INC. et al, | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |
17 | Defendants. | |

18

19  **PLEASE TAKE NOTICE THAT** Plaintiff Tim Anderson and Defendant

20  Experian Information Solutions, Inc. ("Experian") have reached an agreement on

21  all material terms required to settle all of Plaintiff's claims against Experian

22  pending in this action.

23  The parties anticipate that the performance of the terms of the settlement

24  agreement will be completed within ninety (90) days of the date of this notice, at

25  which time the parties shall file a Stipulation for Dismissal of the claims asserted

26  against Experian.

27

28

1     Dated: December 18, 2015     SAGARIA LAW, P.C.

2

3                                    By: */s/ Elliot Gale*
                                          Elliot Gale

4                                  Attorneys for Plaintiff
                                 TIM ANDERSON

5

6     Dated: December 18, 2015     JONES DAY

7

8                                  By: */s/ Ramon Ramirez*
                                     Ramon Ramirez

9                                  Attorneys for Defendant
10                               EXPERIAN INFORMATION
                              SOLUTIONS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, Ramon Ramirez, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On **December 18, 2015**, I served a copy of the **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Scott J. Sagaria
Elliot W. Gale
Joseph M. Angelo
Scott Matthew Johnson
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Tel: 408.279.2288
Fax: 408.279.2299

*Attorneys for Plaintiff*
TIM ANDERSON

Thomas P. Quinn
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA  92651
Tel: 949-376-3500
Fax: 949-376-3070
Email: tquinn@nokesquinn.com

*Attorneys for Defendant*
*Equifax, Inc.*

Lauren E. Tate
TATE AND ASSOCIATES
1321 Eighth St., Suite 4
Berkeley, CA 94710
Tel: 510-525-5100
Fax: 510-525-5130
Email: Ltate@tateandassociates-law.com

*Attorneys for Defendant*
*Trans Union, LLC*

Christopher A. Ferguson
SCHUCKIT ASSOCIATES PC
4545 Northwestern Drive
Zionsville, IN 46077
Tel: 317-363-2400
Fax: 317-363-2257
Email: cferguson@schuckitlaw.com

*Attorneys for Defendnat*
*Trans Union, LLC*

1 | Executed on December 18, 2015, at Irvine, California.

*/s/Ramon Ramirez*
Ramon Ramirez