Christopher A. Ferguson, Esq.  (IN #27833-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  cferguson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| TIM ANDERSON,<br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; ADVANTA BANK CORP.; AMERICAN EXPRESS COMPANY; ONPOINT COMMUNITY CREDIT UNION; WELLS FARGO HOME MORTGAGE, INC.; and DOES 1 through 100, inclusive;<br>        Defendants. | CASE NO.  5:15-cv-03858-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Tim Anderson, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: December 30, 2015          *s/ Elliot W. Gale (with consent)*
Scott J. Sagaria, Esq. (217981)
Elliot W. Gale, Esq. (263326)
Joseph B. Angelo, Esq. (268542)
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone: (408) 279-2288
Fax: (408) 279-2299

*Counsel for Plaintiff Tim Anderson*

Date: December 30, 2015          *s/ Christopher A. Ferguson*
Christopher A. Ferguson, Esq. (IN #27833-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: cferguson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone: 510-525-5100
Fax: 510-525-5130
E-Mail: ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**1**   PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is
**2** dismissed with prejudice.  Plaintiff and Defendant Trans Union, LLC shall each bear their own
**3** costs and attorneys' fees.

**4**

**5**

**6** Date:  ___1/6/2016___              _____
**7**                                    JUDGE, United States District Court, Northern
                                        District of California
**8**
DISTRIBUTION TO:
**9**

| Scott Joseph Sagaria, Esq. | Elliot Wayne Gale, Esq. |
| sjsagaria@sagarialaw.com | egale@sagarialaw.com |
| Scott Matthew Johnson, Esq. | Ramon Ramirez, Esq. |
| sjohnson@sagarialaw.com | ramonramirez@jonesday.com |
| Christopher A. Ferguson, Esq. | Lauren E. Tate, Esq. |
| cferguson@schuckitlaw.com | ltate@tateandassociates-law.com |
| Thomas P. Quinn, Esq. | |
| tquinn@nokesquinn.com | |

**10**
**11**
**12**
**13**
**14**
**15**
**16**
**17**
**18**
**19**
**20**
**21**
**22**
**23**
**24**
**25**
**26**
**27**
**28**

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:15-CV-03858-EJD**