1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                   UNITED STATES DISTRICT COURT
9
         NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

12 | TIM ANDERSON,                                  | Federal Case No.: 5:15-CV-03858-EJD
   |                                                 |
13 |             Plaintiff,                          |
   |                                                 |
14 |       vs.                                       | **STIPULATED REQUEST FOR**
   |                                                 | **DISMISSAL OF DEFENDANT EQUIFAX,**
15 | EXPERIAN INFORMATION SOLUTIONS,                 | **INC.; [~~PROPOSED~~] ORDER**
   | INC.; et. al.,                                  |
16 |                                                 |
   |             Defendants.                         |
17

18 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19        IT IS HEREBY STIPULATED by and between plaintiff Tim Anderson and defendant

20 Equifax, Inc., that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal

21 Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees

22 and costs.

23 //

24 //

25 //

26 //

27 //

28 //

1
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER

1  DATED: January 21, 2016                Sagaria Law, P.C.

2                                          By: _____/s/ Elliot W. Gale_____
3                                                       Elliot W. Gale
                                            Attorneys for Plaintiff
4                                           Brenda Olsen

5

6  DATED: January 21, 2016                NOKES & QUINN

7

8                                          By: _____/s/Thomas Quinn_____
                                                        Thomas Quinn
9                                           Attorney for Defendant
10                                          Equifax, Inc.

11

12 I, Elliot Gale, am the ECF user whose identification and password are being used to file this

13 Stipulation. I hereby attest that Thomas Quinn has concurred in this filing.

   /s/ Elliot Gale
14

15                              **[PROPOSED] ORDER**

16     Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.

17     IT IS SO ORDERED.

18

19 DATED: ___1/25/2016___              _____
20                                    EDWARD J. DAVILA
                                      UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

                                            2
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER