1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
   JOE ANGELO (SBN 268542)
2  **SAGARIA LAW, P.C.**
   2033 Gateway Place, 6th Floor
3  San Jose, CA 95110
   408-279-2288 ph: 408-279-2299 fax
4
   Attorneys for Plaintiff
5

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| TIM ANDERSON, | Case No.: 5:15-CV-03858-EJD |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; PROPOSED ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Tim Anderson and defendant Experian Information Solutions, Inc., that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; PROPOSED ORDER - 1

DATED: January 28, 2016          Sagaria Law, P.C.

                                 By:    */s/ Elliot W. Gale*
                                         Elliot W. Gale
                                 Attorneys for Plaintiff
                                 Tim Anderson


DATED: January 28, 2016          Jones Day



                                 By:    */s/ Ramon Ramirez*
                                         Ramon Ramirez
                                 Attorneys for Defendant
                                 Experian Information Solutions, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Ramon Ramirez has concurred in this filing.

*/s/ Elliot Gale*


### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Experian Information Solutions, Inc. is dismissed with prejudice.

IT IS SO ORDERED.


DATED:_____          _____
                                 Edward J. Davila
                                 UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; PROPOSED ORDER - 2