UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIM ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANSUNION, LLC, et al.,<br><br>        Defendants. | Case No.  5:15-cv-03858-EJD<br><br>**ORDER RE: ALTERNATIVE DISPUTE RESOLUTION** |

Because all parties to the prior stipulation addressing alternative dispute resolution have either settled with Plaintiff or have been dismissed, Plaintiff and Defendant Wells Fargo shall, within ten days of the date this order is filed, meet and confer in an effort to reach an agreement on some form of alternative dispute resolution, and within that same timeframe file either a stipulation embodying their agreement or the form entitled "Notice of Need for ADR Phone Conference."

**IT IS SO ORDERED.**

Dated:  February 24, 2016

_____
EDWARD J. DAVILA
United States District Judge