Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

**IT IS SO ORDERED**
*Judge Edward J. Davila*
DATED: 2/24/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| TIM ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>　　　　Defendants. | Federal Case No.: 5:15-CV-03858-EJD<br><br>**PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AMERICAN EXPRESS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Tim Anderson, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant OnPoint Community Credit Union as to all claims in this action.

　　　　Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

　　　　41(a) Voluntary Dismissal

　　　　(1) By the Plaintiff

　　　　　　(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

　　　　　　　　applicable federal statute, the plaintiff may dismiss an action without a court

　　　　　　　　order by filing:

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ONPOINT COMMUNITY CREDIT UNION

1           (1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

      Defendant OnPoint Community Credit Union has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed, with prejudice, against it for all purposes and without an Order of the Court.

Dated: February 22, 2016                               Sagaria Law, P.C.

                                  By:    */s/ Elliot W. Gale*
                                                 Elliot W. Gale
                                  Attorneys for Plaintiff
                                  Tim Anderson