UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TIM ANDERSON,

        Plaintiff,

   v.

TRANSUNION, LLC, et al.,

        Defendants.

Case No. 5:15-cv-03858-EJD

**ORDER TO SHOW CAUSE**

      On February 24, 2016, the court issued an order requiring Plaintiff and Defendant Wells Fargo to, within ten days, meet and confer in an effort to reach an agreement on some form of alternative dispute resolution, and within that same timeframe file either a stipulation embodying their agreement or the form entitled "Notice of Need for ADR Phone Conference." Dkt. No. 57. As of the date and time this was order was filed, the parties have not complied and the time for compliance has expired.

      Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila on March 17, 2016, at 10:00 a.m. in Courtroom No. 1, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including monetary sanctions or dismissal of this action, on the parties, or any of them, for willful disobedience of a court order.

      The parties may file a response to this order demonstrating good cause why sanctions

1

Case No.: 5:15-cv-03858-EJD
ORDER TO SHOW CAUSE

1  should not be imposed on or before **March 11, 2016**.  In doing so, however, they must (1) explain
2  their failure to comply with the original deadline to file one of the ADR forms, and (2) must also
3  file one of the forms contemplated by the February 24th Order.

5  **IT IS SO ORDERED.**

6  Dated: March 8, 2016



EDWARD J. DAVILA
United States District Judge

2

Case No.: 5:15-cv-03858-EJD
ORDER TO SHOW CAUSE