UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIM ANDERSON,<br><br>     Plaintiff,<br><br>     v.<br><br>TRANSUNION, LLC, et al.,<br><br>     Defendants. | Case No.  5:15-cv-03858-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Since a Notice of Need for ADR Phone Conference has since been filed, the court accepts on behalf of all parties the explanation provided in Wells Fargo's response filed on March 9, 2016.

Accordingly, the Order to Show Cause filed on March 8, 2016 (Dkt. No. 59), is DISCHARGED and the hearing scheduled for March 17, 2016, is VACATED.

**IT IS SO ORDERED.**

Dated:  March 10, 2016

                                                                                     _____
                                                                                     EDWARD J. DAVILA
                                                                                     United States District Judge