SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C,**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TIM ANDERSON, | Case No.: 5:15-CV-03858-EJD |
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT WELLS FARGO HOME MORTGAGE, INC.; PROPOSED ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Tim Anderson and defendant Wells Fargo Bank, N.A. (erroneously sued as Wells Fargo Home Mortgage, Inc.) ("Wells Fargo), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

STIPULATION TO DISMISS DEFENDANT WELLS FARGO HOME MORTGAGE, INC.; PROPOSED ORDER

- 1

DATED:  June 16, 2016                    Sagaria Law, P.C.

                                         By:  _____/s/ Elliot W. Gale_____
                                                   Elliot W. Gale
                                         Attorneys for Plaintiff
                                         Tim Anderson

DATED:  June 16, 2016                    Severson & Werson

                                         By:  _____/s/ Courtney Wenrick_____
                                                   Courtney Wenrick
                                         Attorneys for Defendant
                                         Attorneys for Defendant WELLS FARGO BANK,
                                         N.A. (erroneously sued as Wells Fargo Home
                                         Mortgage, Inc.)

I, Elliot Gale, am the ECF user whose identification and password are being used to file this
Stipulation. I hereby attest that Courtney Wenrick has concurred in this filing.

*/s/ Elliot Gale*

### [~~PROPOSED~~] ORDER

        Pursuant to the stipulation of the Parties, Defendant Wells Fargo is dismissed with
prejudice.

        IT IS SO ORDERED.
        The Clerk shall close this file.

DATED:___6/17/2016___                    _____
                                         Edward J. Davila
                                         UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT WELLS FARGO HOME MORTGAGE, INC.; PROPOSED ORDER